# Notice Recipients

| District/Off: 0315−2 | User: bsil | Date Created: 9/20/2019 |
|---|---|---|
| Case: 19−23261−GLT | Form ID: 309A | Total: 54 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The Huntington National Bank
                                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Matthew J. Mergo | 6 Newport Road | Pittsburgh, PA 15221 | | |
| jdb | Kimberly K. Mergo | 6 Newport Road | Pittsburgh, PA 15221 | | |
| ust | Office of the United States Trustee | Liberty Center. | 1001 Liberty Avenue, Suite 970 | Pittsburgh, PA 15222 | |
| tr | Robert Shearer | 5703 Brewster Lane | Erie, PA 16505 | | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | | |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C. | 707 Grant Street, Suite 2200, Gulf Tower | Pittsburgh, PA 15219 | |
| cr | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern, PA 19355−0701 | |
| aty | Adam Bradley Hall | Manley Deas Kochalski, LLC | PO Box 165028 | Columbus, OH 43216 | |
| aty | Karina Velter | Manley Deas Kochalski, LLC | P.O. Box 165028 | Columbus, OH 43216 | |
| aty | Kenneth Steidl | Steidl & Steinberg | Suite 2830 Gulf Tower | 707 Grant Street | Pittsburgh, PA 15219 |
| aty | Keri P. Ebeck | Bernstein−Burkley | 707 Grant Street | Suite 2200 Gulf Tower | Pittsburgh, PA 15219 |
| smg | Pennsylvania Dept. of Revenue | Department 280946 | P.O. Box 280946 | ATTN: BANKRUPTCY DIVISION | Harrisburg, PA 17128−0946 |
| 15107124 | Ally Financial | PO Box 380901 | Bloomington, MN 55438 | | |
| 15107125 | American Express | PO Box 981537 | El Paso, TX 79998 | | |
| 15123798 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 | |
| 15107126 | Bank of America | Po Box 31785 | Tampa, FL 33631−3785 | | |
| 15107127 | Becket & Lee | Po Box 3001 | Malvern, PA 19355−0701 | | |
| 15107128 | Calvary SPV | 500 Summit Lake Drive | Suite 400 | Valhalla, NY 10595 | |
| 15107129 | Cavalry Portfolio Services | 500 Summit Lake Dr. | Ste. 4A | Valhalla, NY 10595 | |
| 15107130 | Chase/Bank One Card Services | PO Box 15298 | Wilmington, DE 19850 | | |
| 15107131 | CitiBank NA | c/o JH Portfolio Debt Equities | 5757 Phantom Drive | Suite 225 | Hazelwood, MO 63042 |
| 15107132 | CitiBank NA | c/o JH Portfolio Debt Equities | 5757 Phantom Drive | Suite 225 | Hazelwood, MO 63042 |
| 15107133 | Columbia Gas Company | Po Box 117 | Columbus, OH 43216 | | |
| 15107134 | Credit Collection Service | PO Box 607 | Norwood, MA 02062 | | |
| 15107135 | Credit Management Company | 2121 Noblestown Road | Pittsburgh, PA 15205 | | |
| 15107136 | Credit One Bank | PO Box 98872 | Las Vegas, NV 89193−8872 | | |
| 15107137 | Discover Bank | Po Box 3025 | New Albany, OH 43054−3025 | | |
| 15107138 | Discover Financial Services | PO Box 15316 | Wilmington, DE 19850−5316 | | |
| 15107139 | Discover Financial Services | PO Box 15316 | Wilmington, DE 19850−5316 | | |
| 15107140 | Duquesne Light Company | 411 Seventh Avenue | Pittsburgh, PA 15230 | | |
| 15107141 | Duquesne Light Company | 411 Seventh Avenue | Pittsburgh, PA 15230 | | |
| 15107142 | First Data Merchant Services | 4000 Coral Ridge DRC−230 | Coral Springs, FL 33065 | | |
| 15107143 | First Data Merchant Services | 4000 Coral Ridge DRC−230 | Coral Springs, FL 33065 | | |
| 15107144 | First National Bank of Pennsylvania | c/o AAS Debt Recovery | Suite 205, Alstan Mall | 2526 Monroeville Blvd. | Monroeville, PA 15146 |
| 15107145 | GM Financial | PO Box 1181145 | Arlington, TX 76096−1145 | | |
| 15107146 | Huntington National Bank | P.O. Box 89424 | Cleveland, OH 44101−8539 | | |
| 15107148 | Key Bank NA | 4910 Tideman Road | Cleveland, OH 44144 | | |
| 15107147 | Key Bank NA | PO Box 94518 | Cleveland, OH 44101 | | |
| 15107149 | LVNV Funding & Resurgent Capital Service | Po Box 10587 | Greenville, SC 29603−0587 | | |
| 15107150 | Nationwide Insurance | PO Box 55126 | Boston, MA 02205 | | |
| 15107151 | One Main Financial | Po Box 3251 | Evansville, IN 47731−3251 | | |
| 15107152 | Pennsylvania Department of Revenue | Bankruptcy Division | PO Box 280946 | Harrisburg, PA 17128−0946 | |
| 15107153 | Peoples Natural Gas Co. | c/o S. James Wallace, Esq. | 845 North Lincoln Ave. | Pittsburgh, PA 15233 | |
| 15107154 | Pittsburgh Water & Sewage Authority | 1200 Penn Avenue | Pittsburgh, PA 15222 | | |
| 15107155 | Premier Medical Associates | P.O. Box 40290 | Pittsburgh, PA 15201−0290 | | |
| 15107156 | Quantum 3 Group & | JH Portfolio Debt Equities | Po Box 788 | Kirkland, WA 98083−0788 | |
| 15107160 | SYNCB/Sams Club | PO Box 965005 | Orlando, FL 32896 | | |
| 15107157 | Source Receivables Management | PO Box 4068 | Greensboro, NC 27404 | | |
| 15107158 | Specialized Loan Servicing LLC | 8742 Lucent Boulevard, Suite 300 | Littleton, CO 80129 | | |
| 15107159 | Sprint | P. O. Box 219718 | Kansas City, MO 64121−9718 | | |
| 15108373 | Synchrony Bank | c/o of PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 15107161 | UPMC Health Services | Po Box 1123 | Minneapolis, MN 55440−1123 | | |

15107162    UPMC Physician Services    Po Box 1123    Minneapolis, MN 55440–1123

                                                      TOTAL: 53