Case 19-23261-GLT    Doc 35    Filed 10/08/19    Entered 10/08/19 14:37:42    Desc Main
                                Document      Page 1 of 1

FILED
10/8/19 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 19-23261 |
| **Matthew J. Mergo** | : | **Chapter 7** |
| **Kimberly K. Mergo** | : | **Judge Gregory L. Taddonio** |
| | : | * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | Related to Dkt. No. 17 |
| | : | |
| **The Huntington National Bank** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **October 17, 2019 at 10:00 a.m.** |
| | : | |
| **Matthew J. Mergo** | : | **Courtroom A on the 54th Floor of the U.S.** |
| **Kimberly K. Mergo** | : | **Steel Tower** |
| | : | **600 Grant Street, Pittsburgh, PA 15219** |
| **Robert Shearer** | : | |
| **Respondents.** | | |

### MODIFIED DEFAULT ORDER

AND NOW, to wit, this 8th day of October, 2019, upon consideration of the Motion for Abandonment with 30 day waiver of the Real Property of Debtor located at 6 Newport Rd, Pittsburgh, PA 15221-4544 and more particularly described in the Mortgage, recorded April 27, 2010, at Instrument Number 2010-29819 it is hereby **ORDERED**, that the Motion is granted and that the Estate's interest in the Property referred to in the Motion is hereby **ABANDONED** to the Creditor, and the Creditor may proceed with the sale or other disposition of the Property.

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US trustee. Movant shall file a Certificate of Service within (3) business days.

Prepared by: Karina Velter, Esq.

**DEFAULT ENTRY**

Dated: October 08, 2019

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

Case Administrator to serve:
Karina Velter, Esq.